438

336 A.2d 866
COMMONWEALTH of Pennsylvania

v.

Ronald GOINS, Appellant.

Supreme Court of Pennsylvania.

Submitted Nov. 11, 1974.

Decided May 13, 1975.

Joseph A. C. Girone, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, Benjamin H. Levintow, Asst. Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty., for Law, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

The judgment of sentence is affirmed.